# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TRAZELL DELONTE,**

      Plaintiff,

  -vs-                              Case No. 14-C-1587

**DUNCAN SOLUTIONS, Inc., and**
**PROFESSIONAL ACCOUNT MANAGEMENT, LLC,**

      Defendants.

## DECISION AND ORDER

Trazell Delonte requests leave to proceed *in forma pauperis* in connection this lawsuit, wherein Delonte claims that the defendants violated his rights under the Fair Debt Collection Practices Act. Delonte's financial affidavit is sparse – he basically includes no information, and he incorrectly used the "Short Form" instead of the longer form. However, the Court will not request further clarification from Delonte, because his complaint fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2). Delonte alleges, very vaguely, that the defendants violated the FDCPA, but he provides no explanation about what the defendants did or didn't do. The complaint fails to give the defendants fair notice of the claim and the grounds upon which it rests, nor does it suggest a plausible

right to relief. *Tamayo v. Blagojevich*, 526 F.3d 1074, 1084 (7th Cir. 2008).

Delonte's motion for leave to proceed IFP [ECF No. 2] is **GRANTED**, but this matter is **DISMISSED** for failure to state a claim. The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 5th day of January, 2015.

SO ORDERED:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**